Michael A. Carter
1660 Kendall Dr APT 1
San Bernadino, CA 92407

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUN - 6 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

FEE PAID

| | |
|---|---|
| MICHAEL A. CARTER<br>Plaintiff, | ) COMPLAINT<br>)<br>) |
| Vs. | ) Case No.<br>) |
| LVNV FUNDING LLC.<br>Defendant, | ) EDCV25-01413-KK(SPx)<br>)<br>) |

---

**COMPLAINT AND DEMAND FOR JURY TRIAL**

---

**PRELIMINARY STATEMENT**

The Fair Debt Collection Practices Act, commonly known as the FDCPA, is a federal law enacted by the United States Congress in 1977 with the principal aim of preventing abusive, deceptive, and unfair practices employed by third-party debt collectors to communicate with consumers regarding the collections of debt. The provisions aim to protect consumers from harassment, abuse, and invasions of privacy by debt collectors. The Act serves as a critical federal safeguard, ensuring that debt collectors operate within well-defined boundaries of ethical conduct and that consumers facing debt collection efforts are treated with dignity and afforded specific rights and protections under the law.

1

## I. INTRODUCTION

1. This is an action brought by Plaintiff, MICHAEL A. CARTER, a natural person, and individual consumer, seeking actual and statutory damages as well as the cost of the action against the Defendant (LVNV FUNDING LLC.) for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692e(8) et seq. (hereinafter "FDCPA").

## II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. 1331 because the complaint alleges a federal claim and requires the resolution of substantial questions Of federal law.

3. Venue is proper before the court, according to 28 U.S.C. § 1391(b)(2), wherein a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, where the Plaintiff (Michael A. Carter) resides, and or where the Defendant transacts business.

## III. PARTIES

4. Plaintiff, (MICHAEL A. CARTER) is a natural person residing in San Bernardino, California. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

5. Plaintiff is allegedly obligated to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for family, personal, or household purposes.

6. The Defendant, (LVNV FUNDING LLC), is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6), hereinafter referred to as (LVNV FUNDING LLC).

7. Upon information and belief, "LVNV FUNDING LLC" is a STATE Corporation with its principal place of business located at 355 S. Main Street STE 300 D Greenville, SC 29601.

8. Defendant "LVNV FUNDING LLC" is Engaged in collecting debts from consumers using the mail and telephone.

### IV.   FACTUAL ALLEGATIONS

9. Defendant "LVNV FUNDING LLC" regularly attempts to collect consumers debts alleged to be due to others or debts that have been purchased from original creditor.

10. Defendant "LVNV FUNDING LLC" is attempting to collect $4,294.00

allegedly owed to (COMENITY CAPITAL BANK).

11. On November 7, 2024 Plaintiff "Michael A. Carter" looked at his credit report and noticed the Defendant "LVNV FUNDING LLC." was trying to collect an alleged debt owed to (COMENITY CAPITAL BANK).

12. On November 8, 2024, Plaintiff sent a letter certified mail, tracking number 9589 0710 5270 1311 0259 56, A refuse to pay letter, that stated " I'm unwilling to pay the debt".

13. Plaintiff' Michael A. Carter" sent a letter to Defendant "LVNV FUNDING LLC" that was received November 13, 2024, at 6:17 am.

14. Plaintiff " Michael A. Carter" looked at his credit report on January 29, 2025 and to his surprise he saw in the remarks section **Disputed.**

15. Defendant's "LVNV FUNDIND LLC." actions violated the FDCPA.

A.. 15 U.S.C. § 1692e(8) -- Communicating false or misleading information about the debt (wrongfully marking it as "Disputed").

16. The Defendant "LVNV FUNDING LLC"publication of such inaccurate and false or misleading information has severely damaged Plaintiff "Michael A. Carter" personal credit reputation, causing severe humiliation, emotional distress, mental anguish, and Negatively impacting his FICO scores.

17. The Defendant "LVNV FUNDING LLC." false and misleading information lowered his credit score.

## V.   FIRST CLAIM FOR RELIEF
## VIOLATION OF THE FDCPA
## 15 U.S.C. § 1692e(8)
### (Against Defendant LVNV FUNDING LLC)

17. Plaintiff realleges and incorporates all previous paragraphs as fully set forth herein.

18. The Defendant "LVNV FUNDING LLC" violated the FDCPA.

19. Specifically, Defendant "LVNV FUNDING LLC" violated 15 U.S.C. § 1692e(8) by communicating false or misleading information to the consumer reporting agencies.

20. As a direct result of these violations of the FDCPA, the Defendant LVNV FUNDING LLC is liable to Plaintiff "Michael A. Carter" for actual damages, statutory damages, and cost.

## VI.   JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff "Michael A Carter respectfully demands a jury trial and requests that Judgement be entered in his favor and against Defendant LVNV FUNDING LLC, for:

A. Judgement that Defendant LVNV FUNDING LLC, violated;

B. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

C. Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2);

D. Costs and reasonable fees pursuant to 15 U.S.C. § 1692k(a)(3);

E. Any other relief the Court deems just and proper.

Respectfully submitted,

_____ Date __6/6/25__

Michael A. Carter
Plaintiff, Pro Se
1660 Kendall Dr. APT 1
San Bernardino, CA 92407
(951) 772-3197
mikeac91774@live.com