1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Brett B. Goodman** (SBN 260899)
858.757.7262 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
LVNV Funding LLC

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. CARTER,<br><br>                    Plaintiff,<br><br>vs.<br><br>LVNV FUNDING LLC,<br><br>                    Defendant. | Case No.: 25-cv-01413-KK (SPx)<br><br>**UNILATERAL SCHEDULING REPORT**<br><br>Date:        August 21, 2025<br>Time:        10:00 AM<br>Place:       Courtroom 3 |

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

1    Pursuant to Fed. R. Civ. P. 26(f), and this Court's Order Setting Scheduling

2  Conference, ECF No. 11, Defendant LVNV Funding LLC ("Defendant"), hereby

3  submit this Proposed Discovery Plan.

4    Plaintiff Michael Carter ("Plaintiff") and counsel for Defendant held a

5  telephone conference to meet and confer regarding this matter on July 31, 2025.

6  During that call, the parties discussed the need to file a joint report by August 7.  On

7  August 6, 2025, Plaintiff sent counsel for Defendant an email with a statement of the

8  case, which is included below.  However, Defendant did not receive additional input

9  from Plaintiff before filing this report.

10  **A.    Statement of Case**

11  **Plaintiff:**  Plaintiff alleges he sent a refusal to pay letter to LVNV Funding LLC

12  (LVNV).  Marked Plaintiff's credit report disputed: Plaintiff never once disputed that

13  the account was mine. That's a Violation 15 U.S.C. 1692 e(8). Then they sent a text

14  message over 6 and counting, trying to collect on the debt under their other company

15  name, Resurgent Debt Collectors. This is 2 different Violations 15 U.S.C 1692c(c)

16  under the Fair Debt Collection Practices Act.

17  **Defendant:**  Defendant denies the allegations in Plaintiff's operative Complaint in

18  their entirety.  Indeed, Defendant denies that it engaged in any collection activity, or

19  that any inaccurate information was furnished.  Defendant also denies Plaintiff's

20  alleged damages, if any, are attributable to Defendant.

21  **B.    Subject Matter Jurisdiction**

22  **Plaintiff:**

23  **Defendant:**  Defendant does not contest Subject Matter jurisdiction at this time.

24  **C.    Legal Issues**

25  **Plaintiff:**

26  **Defendant:**  The primary legal issues in this case are whether Defendant engaged in

27  debt collection activity, whether inaccurate information was furnished, and whether

28  Plaintiff was damaged by any of Defendant's purported conduct.  Defendant denies

— 1 —

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

1   that it engaged in any debt collection activity, denies that any inaccurate information

2   was furnished, and denies that Plaintiff was damaged by any purported conduct

3   Plaintiff attributes to Defendant.

4   **D.     Parties, Evidence, Etc.**

5   **Plaintiff:**

6   **Defendant:**  Defendant believes the relevant witnesses in this case are Plaintiff and

7   Defendant's Rule 30(b)(6) witness.  Defendant is a privately held company.  No

8   publicly held corporation owns 10% or more of Defendant's stock.

9        Defendant believes relevant evidence in this case includes communications

10   received from Plaintiff, and credit reporting related documents referenced by Plaintiff.

11   Discovery and investigation are ongoing.

12   **E.     Damages**

13   **Plaintiff:**

14   **Defendant:**  Defendant does not believe Plaintiff can prove any damages.  Defendant

15   does not claim any damages at this time, but reserves the right to do so.

16   **F.     Insurance**

17   **Plaintiff:**

18   **Defendant:**  Defendant has no applicable insurance.

19   **G.     Motions**

20   **Plaintiff:**

21   **Defendant:**  At this time, Defendant does not intend to file any motions to add other

22   parties or claims, file amended pleadings or transfer venue.

23   **H.     Manual for Complex Litigation**

24   **Plaintiff:**

25   **Defendant:**  N/A

26   **I.     Status of Discovery**

27   **Plaintiff:**

28

**Defendant:**  Defendant has not yet completed any discovery, but intends to serve interrogatories, requests for production and requests for admission on Plaintiff.

**J.     Discovery Plan**

**Plaintiff:**

**Defendant:**  Defendant will propound interrogatories, requests for production and requests for admission on Plaintiff.  Defendant also intends to take Plaintiff's deposition.  The subjects of discovery include, among other things: (1) Communications received from Plaintiff, (2) credit reporting referenced by Plaintiff, (3) Plaintiff's alleged damages, including credit damage, (4) any other material allegations in Plaintiff's complaint, and (5) defenses asserted in Defendant's answer to Plaintiff's complaint.  Defendant does not anticipate needing expert testimony at this time, but reserves the right to retain an expert witness if necessary.

Changes to limitations:  Defendant does not request any changes in discovery limitations at this time.

Defendant's Proposed Discovery Schedule

| | |
|---|---|
| Fact Discovery Cut-Off (including hearing of discovery motions) | February 20, 2026 |
| Last Day to Serve Initial Expert Reports | March 6, 2026 |
| Last Day to Serve Rebuttal Expert Reports | March 20, 2026 |
| Expert Discovery Cut-Off (including hearing of discovery motions) | April 10, 2026 |

**K.     Dispositive Motions**

**Plaintiff:**

**Defendant:**  Defendant intends to file a motion for summary judgment after the close of discovery.  Defendant believes Plaintiff's entire complaint will be dismissed at summary judgment.

**L.     Settlement**

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

**Plaintiff:**

**Defendant:**  Settlement discussions have occurred, but the parties have not reached a resolution at this time.  Defendant will agree to a mediation with the Court Mediation Panel.

**M.    Consent to Magistrate Judge**

**Plaintiff:**

**Defendant:**  Counsel has discussed the magistrate judge consent program with Defendant, and Defendant does not consent to having a magistrate judge preside over this matter for all purposes.

**N.    Trial Estimate**

**Plaintiff:**

**Defendant:**  3-4 days

**O.    Trial Counsel**

**Plaintiff:**

**Defendant:**  B. Ben Mohandesi, Brett B. Goodman

**P.    Independent Expert**

**Plaintiff:**

**Defendant:**  N/A

**Q.    Timetable**

*See attached Schedule of Pretrial Dates.*

**R.    Other Issues**

**Plaintiff:**

**Defendant:**  None


Dated: August 7, 2025                **YU | MOHANDESI LLP**

                                By:  */s/ Brett B. Goodman*
                                     Brett B. Goodman
                                     Attorney for Defendant
                                     LVNV Funding LLC

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

— 4 —

SCHEDULING REPORT

**CERTIFICATE OF SERVICE**

I certify that on August 7, 2025, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

I certify that on August 7, 2025, a copy of the foregoing was also served by e-mail as set forth below:

> Michael A. Carter
> 1660 Kendall Dr., Apt. 1
> San Bernardino, CA 92407
> Email:  mikeac91774@live.com

Dated: August 7, 2025

By:   */s/ Brett B. Goodman*
Brett B. Goodman

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

— 1 —
CERTIFICATE OF SERVICE