**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Brett B. Goodman** (SBN 260899)
858.757.7262 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
LVNV Funding LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. CARTER,<br><br>    Plaintiff,<br><br>vs.<br><br>LVNV FUNDING LLC,<br><br>    Defendant. | Case No.: 5:25-cv-01413-KK-SP<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff Michael Carter and Defendant LVNV Funding LLC hereby stipulate to the Dismissal with Prejudice of this Action in its entirety, with each party to bear its own attorney's fees and costs.

Dated: October 22, 2025

By: _____
Michael Carter
Plaintiff In Pro Se

Dated: October 22, 2025

YU | MOHANDESI LLP

By: _____
Brett B. Goodman
Attorney for Defendant
LVNV Funding LLC

—1—
STIPULATION TO DISMISS WITH PREJUDICE

# CERTIFICATE OF SERVICE

I certify that on October 27, 2025, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I certify that on October 27, 2025, a copy of the foregoing was also served by e-mail as set forth below:

Michael A. Carter
1660 Kendall Dr., Apt. 1
San Bernardino, CA 92407
Email: mikeac91774@live.com

Dated: October 27, 2025

By: */s/ Brett B. Goodman*
Brett B. Goodman