UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 25-1413-KK-SPx** | Date: | October 27, 2025 |
| Title: | *Michael A. Carter v. LVNV Funding LLC* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Twyla Freeman | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:   (IN CHAMBERS)**

     Pursuant to the parties' joint stipulation, Dkt. 19, this matter is hereby DISMISSED with prejudice.  Each part to bear its own attorney's fees and costs. (JS-6)

    **IT IS SO ORDERED.**